IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOOS ENTERPRISES, LLC, A Nebraska Limited Liability Company; TREEHOUSE STUDIO, LLC, A Nebraska Limited Liability Company; and LINDA KUBE,<br><br>Plaintiffs,<br><br>vs.<br><br>MARVIN HUGHES, husband and wife; and KATHLEEN T. BONNELL, husband and wife;<br><br>Defendants. | 4:18CV3098<br><br>**ORDER** |

Pursuant to the court's rules, upon removal, the removing party or parties must either pay this court's filing fee or file an application to proceed in without paying fees and costs. Defendants have failed to do so.

Accordingly,

IT IS ORDERED:

1) Defendants are given until August 6, 2018 to either pay the $400 filing fee, or file an Application to Proceed in District Court Without Prepaying Fees and Costs (see attached form). Defendants must each complete and file the form; a combined form is not permitted.

2) Failure to timely comply with this order will result in this case being remanded to the District Court of Adams County, Nebraska without further notice.

3) Any deadline for filing a motion to remand is stayed pending further order of the court.

4) The clerk shall mail this order to Marvin Hughes, 714 West 5th Street, Suite 120, Hastings, NE 68901, and to Kathleen T. Bonnell, 714 West 5th Street, Suite 120, Hastings, NE 68901.

July 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❒ Yes | ❒ No |
| (b) Rent payments, interest, or dividends | ❒ Yes | ❒ No |
| (c) Pension, annuity, or life insurance payments | ❒ Yes | ❒ No |
| (d) Disability, or worker's compensation payments | ❒ Yes | ❒ No |
| (e) Gifts, or inheritances | ❒ Yes | ❒ No |
| (f) Any other sources | ❒ Yes | ❒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

      4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

      5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

      6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

      7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

      8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

      *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

                                                               *Applicant's signature*

                                                                   *Printed name*