IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOOS ENTERPRISES, LLC, A Nebraska Limited Liability Company; TREEHOUSE STUDIO, LLC, A Nebraska Limited Liability Company; and LINDA KUBE,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MARVIN HUGHES, husband and wife; and KATHLEEN T. BONNELL, husband and wife;<br><br>　　　　　　　Defendants. | 4:18CV3098<br><br>ORDER |

Defendants have filed an application to proceed with this litigation upon removal without prepaying fees or costs. (Filing No. 3). The information contained in Their respective affidavits demonstrates they are eligible to proceed *in forma pauperis*.

IT IS ORDERED:

1. Defendants' application, (Filing No. 3) is granted, and this action may proceed upon removal without payment of fees. The state court action is deemed removed to this forum effective July 30, 2018.

2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including either defendant, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

3. On or before August 16, 2018, Defendants must answer or otherwise respond to Plaintiffs' Complaint.

4. Any motion for remand shall be filed on or before August 29, 2018.

July 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge