IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KOOS ENTERPRISES, LLC, A Nebraska Limited Liability Company; TREEHOUSE STUDIO, LLC, A Nebraska Limited Liability Company; and LINDA KUBE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MARVIN HUGHES, husband and wife; and KATHLEEN T. BONNELL, husband and wife;<br><br>　　　　　　Defendants. | 4:18CV3098<br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 7.1 and GMAC Commercial Credit LLC v. Dillard Department Stores, Inc., 357 F.3d 827, 828 (8th Cir. 2004):

IT IS ORDERED that on or before August 30, 2018, Plaintiffs shall file a disclosure identifying the members of the Plaintiff limited liability companies and the citizenship of each such member.

August 23, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge