IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KOOS ENTERPRISES, LLC, a Nebraska Limited Liability Company; TREEHOUSE STUDIO, LLC, a Nebraska Limited Liability Company; and LINDA KUBE, | ) ) ) ) ) ) | 4:18CV3098 MEMORANDUM AND ORDER |
| Plaintiffs, v. | ) ) ) | |
| MARVIN HUGHES, husband and wife; and KATHLEEN T. BONNELL, husband and wife; | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the findings and recommendation filed on September 26, 2018 (filing 24), by Magistrate Judge Cheryl R. Zwart, who recommends that the plaintiffs' motion to remand (filing 10) be granted in its entirety.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted and the case will be remanded to the District Court of Adams County, Nebraska.

Accordingly,

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing 24) are adopted.

2. The plaintiffs' motion to remand (filing 10) is granted.

3. The clerk of the court shall mail a certified copy of this order, and of the magistrate judge's findings and recommendation, to the District Court of Adams County, Nebraska, and may take any other action necessary to effectuate the remand.

4. Final judgment will be entered by separate document.

October 12, 2018.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge